FORM 1

**UNITED STATES COURT OF INTERNATIONAL TRADE**

GMPC d/b/a BIG ACCESSORIES,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

**SUMMONS**

Court No.:08-00413

**TO:**  The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. §1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



_____
**TINA POTUTO KIMBLE, CLERK OF THE COURT**

| PROTEST | |
|---|---|
| Port of Entry:   Los Angeles, CA | Date Protest Filed:                 05/05/2008 |
| Protest Number:        2704-08-101466 | Date Protest Denied:              05/29/2008 |
| Importer:        GMPC d/b/a BIG ACCESSORIES | |
| Category of Merchandise:        Plastic Bags | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 862-1002478-1 | 02/09/2007 | 01/25/2008 | | | |
| 862-1002932-7 | 03/07/2007 | 01/25/2008 | | | |
| | | | | | |
| | | | | | |

Port Director,

U.S. Bureau of Customs & Border Protection
301 East Ocean Blvd.
Long Beach CA 90802

Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt  LLP

399 Park Avenue, 25th Floor
New York, New York 10022

Telephone:  212/557-4000

_Address of Customs Port in Which Protest Was Denied_          _Name, Address and Telephone Number of Plaintiff's Attorney_

Page 1

399455.

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Paragraph or Item Number | Rate | Paragraph or Item Number | Rate |
| | | | | |

| Other |
|---|
| State specifically the Decision [as Described in 19 U.S.C.§1514(a)] and the Protest Claim:  **Importer asserts that Customs liquidation of entries at double the posted antidumping rate is erroneous.** |

| |
|---|
| The issue which was common to all such denied protests:  **Antidumping rate application**. |

Every denied protest included in this civil action was filed by the same above-named importer, or by an authorized person in his behalf.  The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest.  The issue or issues stated above were common to all such denied protests.  All such protests were filed and denied as prescribed by law.  All liquidated duties, charges or exactions have been paid, and were paid at the port of entry unless otherwise shown.

Date:   <u>November 25, 2008</u>                                             <u>/s/   Curtis W. Knauss</u>

Page 2